# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Civil Action No. 4:22-cv-00664 |
| | § | |
| **KP ENGINEERING, LP** | § | |
|    Debtor | § | Bankruptcy Case No. 19-3707 |
| | § | |
| **CREDOS INDUSTRIAL SUPPLIES &** | § | |
| **RENTALS, LLC** | § | |
|    Appellant | § | |

On this day came on to be considered the Unopposed Motion of Appellant Credos Industrial Supplies & Rentals, LLC d/b/a Credos Fabrications ("Appellant") for an Extension of Time to File its Appellant's Brief (the "Unopposed Motion"). The Court is of the opinion that the Unopposed Motion should be granted. It is therefore,

ORDERED that the Unopposed Motion is GRANTED. It is further,

ORDERED that Appellant's deadline to file its Appellant's Brief is extended to and including May 13, 2022.

SIGNED this __20th__ day of __April__, 2022.

_____
UNITED STATES DISTRICT JUDGE

9229659 v1