# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | Civil Action No. 4:22-cv-00664 |
| | § | |
| **KP ENGINEERING, LP** | § | Bankruptcy Adversary No. 19-3707 |
| Debtor | § | |
| | § | |
| **CREDOS INDUSTRIAL SUPPLIES & RENTALS, LLC** | § | |
| | § | |
| Appellant | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES, PLEADINGS, AND ORDERS

Appellee Targa Pipeline Mid-Continent WestTex LLC by and through its undersigned counsel, requests that all notices given or required to be given and all papers served or required to be served by U.S. Mail and by email in the above-captioned case be given to and served upon:

> Joshua W. Wolfshohl
> Amy K. Wolfshohl
> Jack E. Byrom
> PORTER HEDGES LLP
> 1000 Main Street, 36th Floor
> Houston, Texas 77002
> (713) 226-6000
> (713) 226-6248 (fax)
> jwolfshohl@porterhedges.com
> awolfshohl@porterhedges.com
> jbyrom@porterhedges.com

13390328.v1

Respectfully submitted this 29th day of April, 2022.

        **PORTER HEDGES LLP**

        */s/ Joshua W. Wolfshohl*
        Joshua W. Wolfshohl, State Bar No. 24038592
        Amy K. Wolfshohl, State Bar No. 24055880
        Jack E. Byrom, State Bar No. 24082763
        1000 Main Street, 36th Floor
        Houston, Texas 77002
        (713) 226-6000
        (713) 226-6248 (fax)
        jwolfshohl@porterhedges.com
        awolfshohl@porterhedges.com
        jbyrom@porterhedges.com

        **COUNSEL FOR TARGA PIPELINE MID-CONTINENT WESTTEX LLC**

## CERTIFICATE OF SERVICE

    This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on April 29, 2022.

        */s/ Joshua W. Wolfshohl*
        Joshua W. Wolfshohl

13390328.v1